# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JON BRUNKHORST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:05CV3189 |
| | ) | |
| MERCK & CO., | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The records of the court show that on August 1, 2005, letters (filings 4, 5 and 6) were sent to the following attorneys from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"), register for admittance to practice in this district, and/or pay the annual assessment.

Arnold Levin
LEVIN, FISHBEIN LAW FIRM
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Michael Weinkowitz
LEVIN, FISHBEIN LAW FIRM
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Fred S. Longer
LEVIN, FISHBEIN LAW FIRM
510 Walnut Street
Suite 500
Philadelphia, PA 19106

As of August 22, 2005, none of the attorneys have complied with this request. Accordingly,

**IT IS ORDERED** that, on or before **September 1, 2005**, attorneys Arnold Levin, Fred S. Longer and Michael Weinkowitz shall register for the System, obtain admittance to practice in this district, and/or pay the annual assessment or show cause by written affidavit why the cannot comply with the rules of the court.

**DATED August 23, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**