# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JON BRUNKHORST, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )  4:05CV3189<br>)<br>)  ORDER |
| vs. | )<br>) |
| MERCK & CO., INC., | )<br>) |
| Defendant. | ) |

This matter is before the court on defendant's unopposed motion to stay all proceedings pending transfer of the matter to the Judicial Panel on Multidistrict Litigation. It appears that this case is, in fact, likely to be transferred to *In re VIOXX Prods. Liab. Litig.*, MDL No. 1657, now pending in the Eastern District of Louisiana.

**IT THEREFORE IS ORDERED** that the motion to stay all proceedings (#8) is granted.

**DATED September 12, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**